154 U.S. 574
 14 S.Ct. 1210
 19 L.Ed. 881
 ISAAC UNDERHILL
v.
JOHN M. HERNDON.
 No. 197.
 April 30, 1870.
 
 Mr. Justice NELSON delivered the opinion of the court.
 
 
 1
 This is a writ of error to the circuit court of the United States for the northern district of Illinois.
 
 
 2
 This is a suit in ejectment against Underhill, in the court below, to recover possession of the S. W. 1/4 of the N. E. 1/4, and the S. 1/2 of the N. W. 1/4, section 26, township 27 N., range 13 W.
 
 
 3
 The opinion in the case of Little v. Herndon, 10 Wall. 26, disposes of all the questions raised and decided in this case in the court below.
 
 
 4
 Judgment affirmed.
 
 
 5
 B. C. Cook, for plaintiff in error.
 
 
 6
 Conway Robinson, for defendant in error.